No. 312. JOHN M. TANANEVICZ *v.* PEOPLE OF THE STATE OF ILLINOIS. Error to the Supreme Court of the State of Illinois. Motion to dismiss submitted March 8, 1920. Decided March 15, 1920. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of: (1) *Consolidated Turnpike Co.* v. *Norfolk, etc., Ry. Co.,* 228 U. S. 326, 334; *St. Louis & San Francisco R. R. Co.* v. *Shepherd,*

240 U. S. 240, 241; *Bilby* v. *Stewart*, 246 U. S. 255, 257. (2) *Brolan* v. *United States*, 236 U. S. 216, 218; *United Surety Co.* v. *American Fruit Co.*, 238 U. S. 140, 142; *Sugarman* v. *United States*, 249 U. S. 182, 184. (3) Section 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. *Mr. Emory J. Smith* for plaintiff in error. *Mr. Edward J. Brundage* and *Mr. Edward C. Fitch* for defendant in error.